**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ELECTRONIC COMMUNICATION TECHNOLOGIES, LLC

PLAINTIFF(S)

v.

EASTERN MOUNTAIN SPORTS, INC.,

DEFENDANT(S).

CASE NUMBER
9:16−cv−81199−KAM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Eastern Mountain Sports, Inc.**

as of course, on the date August 8, 2016.

**STEVEN M. LARIMORE**
CLERK OF COURT

By _/s/ *Lorraine Sandelin*_
Deputy Clerk

cc: Judge Kenneth A. Marra
Electronic Communication Technologies, LLC
c/o Peter A. Koziol, Esq., Assouline & Berlowe, P.A.
1801 N. Military Trail
Suite 160

Boca Raton, FL
33431

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)